**From:** Rhett Burney <rhett@rhettburneylaw.com>
**Date:** May 16, 2023 at 4:11:28 PM EDT
**To:** "Honeycutt, Mike" <jhoneycutt@fisherphillips.com>
**Subject: Re: Snider Fleet/Jonathan Nelson**

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Yes. I have spoken with him. He is looking back at everything so I can provide you a more specific answer as to possible times, info, etc.

PLEASE NOTE MY EMAIL HAS CHANGED.

### *Rhett D. Burney | Attorney*



**Law Office of Rhett D. Burney, PC**

312 South Main St.
Simpsonville, SC 29681
p: 864-228-1616| f:  864-228-6722| email: rhett@rhettburneylaw.com

On Tue, May 16, 2023 at 4:05 PM Honeycutt, Mike <jhoneycutt@fisherphillips.com> wrote:

> Rhett,
>
> I understood from our call yesterday that you would be getting back to me this  morning after you spoke with Mr. Nelson.
>
> Please advise.
>
> Mike

Sent from my iPhone

> On May 15, 2023, at 3:22 PM, Honeycutt, Mike <jhoneycutt@fisherphillips.com> wrote:
>
> Rhett,
>
> I just left a message with your office.
>
> Please advise when you have a few minutes to talk.
>
> If you wish, you can try my cell at 704 877-8544 and I will call you right back if I am not available.
>
> Thanks,
>
> Mike
>
> 
>
> **J. Michael Honeycutt**
> **Partner**
> Fisher & Phillips LLP
> 227 West Trade Street | Suite 2020 | Charlotte, NC 28202
> jhoneycutt@fisherphillips.com | O: (704) 778-4172 | C: (704) 877-8544
>
> vCard | Bio | Website  *On the Front Lines of Workplace Law℠*
>
> *This message may contain confidential and privileged information. If it has been sent to you in error, pleas reply to advise the sender of the error, then immediately delete this message.*
>
> **From:** Rhett Burney <rhett@rhettburneylaw.com>
> **Sent:** Friday, May 12, 2023 3:34 PM
> **To:** Honeycutt, Mike <jhoneycutt@fisherphillips.com>
> **Subject:** Re: Snider Fleet/Jonathan Nelson